NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RONALD BACLAWSKI and JAMIE
BACLAWSKI,

        Appellants,

v.

BANK OF AMERICA, N.A.,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-4026

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Latasha Scott of Lord Scott, PLLC,
Tampa, and Mark P. Stopa of Stopa Law
Firm, LLC, Tampa (withdrew after
briefing), for Appellants.

Shannon T. Sinai and Brandon S. Vesely
of Albertelli Law, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.